UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DETRICK CURTIS CONERLY,<br><br>Defendant. | 4:06-CR-20140-TGB<br><br>ORDER REMANDING DEFENDANT TO THE CUSTODY OF THE BUREAU OF PRISONS |

Pursuant to a bench order rendered at a hearing held on October 29, 2020:

IT IS ORDERED that Detrick Curtis Conerly be remanded to the custody of the United States Bureau of Prisons to begin serving his term of imprisonment imposed by this Court for violation of supervised release.

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2020